

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00898-CV

Cynthia **RADDATZ**,
Appellant

v.

Dixie L. **DAVIS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV03555
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Beth Watkins, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: May 10, 2023

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due March 29, 2023 and was not filed. On April 5, 2023, we ordered appellant to file, by April 20, 2023: (1) her brief; and (2) a written response reasonably explaining her failure to timely file a brief. In our order, we cautioned appellant that if she failed to timely file the brief and written response, we would dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

Appellant did not respond to our order. Because appellant failed to timely file a brief, this appeal is dismissed for want of prosecution. *See id.*

PER CURIAM